USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSEPH ZAPATERO,
                                  Plaintiff,

          -against-

                                                      25-CV-5370 (VEC)

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,        ORDER
TRANSUNION LLC, CREDIT ACCEPTANCE
CORPORATION, AMERICAN HONDA
FINANCE CORPORATION,

                                  Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Plaintiff notified the Court that he and **EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC** and **CREDIT ACCEPTANCE CORPORATION** have reached an agreement in principle resolving all issues; and

      IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) as to **EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC** and **CREDIT ACCEPTANCE CORPORATION** only.  The Clerk of Court is respectfully directed to terminate **EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC** and **CREDIT ACCEPTANCE CORPORATION** on the docket.

      Within **30 days** of this order, the parties may apply to reopen this case.  Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

      Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  October 31, 2025**
       **New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**