USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JOSEPH ZAPATERO,

                Plaintiff,

      -against-                          25-cv-5370 (VEC)

                                            ORDER

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC, CREDIT ACCEPTANCE
CORPORATION, AMERICAN HONDA FINANCE
CORPORATION,

                Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a conference is currently scheduled in the above-captioned case for Friday, November 14, 2025, at 11:00 a.m., Dkt. 16.

    IT IS HEREBY ORDERED that this conference is adjourned to **Friday, December 5, 2025, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  November 7, 2025
         New York, New York

                                                  **VALERIE CAPRONI**
                                                 **United States District Judge**